UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Bank of the West )
)
)
       Plaintiff(s), )
vs. )   Case # 2:11-CV-2037 GMN-VCF
)
)
)   **DEFAULT**
)
Day Star Ventures LLC et al )
)
)
       Defendant(s). )
_____ )

    It appearing from the records in the above-entitled action that Summons issued on the ___Original___ Complaint ___December 19, 2011___
(Original, Amended, etc)        (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

    Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants ___Day Star Ventures LLC___

in the above-entitled action is hereby entered.

DATED: ___February 13, 2012___       LANCE S. WILSON, CLERK

                                    By: /s/ Eileen Sterba
                                          Deputy Clerk