UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Bank of the West )<br><br>        Plaintiff(s), )<br>  vs.                                )<br> )<br>Day Star Ventures LLC et al )<br> )<br>        Defendant(s). )<br>_____ ) | Case # 2:11-CV-2037 GMN-VCF<br><br>DEFAULT |

It appearing from the records in the above-entitled action that Summons issued on the __Original__ Complaint __December 19, 2011__
(Original, Amended, etc)        (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __Day Star Ventures LLC__

_____

_____

in the above-entitled action is hereby entered.

DATED:   __February 13, 2012__                    LANCE S. WILSON, CLERK

                                                  By: /s/ Eileen Sterba
                                                  _____
                                                         Deputy Clerk