# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF THE WEST, | 2:11-cv-02037-GMN-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | **[Request for Change of Hearing Date (#17)]** |
| DAY STAR VENTURES, L.L.C., *et al.,* | |
| Defendants. | |

Before the Court is Plaintiff Bank of the West's Request for Change of Hearing Date (#17) filed on October 29, 2012.

Plaintiff is requesting the Court to move the hearing on the entry of default judgment currently scheduled for Friday, November 2, 2012 to a later date. Plaintiff's counsel will be out of town on November 2, 2012.

IT IS HEREBY ORDERED that the hearing on the entry of default judgment currently scheduled for Friday, November 2, 2012 is vacated and rescheduled for November 8, 2012 at 1:00 p.m. in Courtroom 3B.

DATED this 30th day of October, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE