AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

| | |
|---|---|
| Bank of the West,<br><br>Plaintiff,<br><br>v.<br><br>Day Star Ventures, LLC, et al.,<br><br>Defendants. | **DEFAULT**<br>**JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 2:11-cv-02037-GMN-VCF |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiff Bank of the West and against Defendants Day Star Ventures, LLC, Nevada Homes Group, Inc., Paul A. Wagner, and Monica Wagner, jointly and severally, as follows: Compensatory damages in the amount of $870,410.00; Accrued default interest on the unpaid balance of the Hualapai Loan in the amount of $91,551.98, reduced to $46,000.00; Accrued default interest on the unpaid balance of the Lake Mead Loan in the amount of $15,501.44, reduced to $8,000.00; Costs in the amount of $6,700.89; Attorney's fees in the amount of $14,004.00; for a total amount of $945,114.89.

| | |
|---|---|
| January 8, 2013 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Ari Caytuero |
| | (By) Deputy Clerk |